Binns *v.* First National Bank of California, Pennsylvania, Appellant.

Argued March 21, 1951. Before Drew, C. J., Stern, Stearne, Jones, Bell, Ladner and Chidsey, JJ.

368

370

372

*Thomas L. Anderson,* with him *J. Olan Yarnall,* for appellant.

*D. M. Anderson, Jr.,* with him *J. K. Spurgeon* and *Anderson & Anderson,* for appellee.

OPINION PER CURIAM, May 21, 1951:

The court below has correctly disposed of all the questions raised on this appeal. We therefore affirm the judgment on the opinion of Judge Carson refusing defendant's motions for judgment n.o.v. and for a new trial.

Judgment affirmed.